JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THE DIENNET PHARMACY; DR. MARCEL DIENNET,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; DRUG ENFORCEMENT ADMINISTRATION,<br><br>Defendants. | No. CV 21-00533 CAS (JCx)<br><br>[~~PROPOSED~~] DISMISSAL ORDER<br><br>Honorable Christina A. Snyder<br>United States District Judge |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the separately filed stipulation of the parties, this action is dismissed with prejudice. Each side to bear its own costs, fees, and expenses.

*Christina A. Snyder*

Dated: February 8, 2022

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1